UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CRAIG HOLCOMB,

        Plaintiff,

-against-

IONA COLLEGE,

        Defendant.

05 Civ. 848 (CS) (GAY)

## STIPULATION AND ORDER

WHEREAS, pursuant to the parties' stipulation, so-ordered by this Court October 7, 2008, each and every claim asserted in the above-noted action was dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), subject to the parties' leave to reopen this matter within 20 days to enforce the terms of the settlement; and

WHEREAS, the terms of the settlement have not yet been consummated;

NOW THEREFORE, it is hereby agreed between the parties hereto that the parties shall have leave to reopen this matter until November 17, 2008 to enforce the terms of their settlement.

Dated: October 27, 2008

593571-1

TARTER KRINSKY & DROGIN LLP

By: _____
Anthony D. Dougherty, Esq.
1350 Broadway
New York, New York 10018

*Attorneys for Defendant*

OLSHAN GRUNDMAN FROME ROSENZWEIG
& WOLOSKY LLP

By: _____
Jeffrey A. Udell, Esq.
Park Avenue Tower
65 East 55th Street
New York, New York 10022

*Attorneys for Plaintiff*

So ordered.
_____
Hon. Cathy Seibel, U.S.D.J.

593571-1

# OLSHAN

OLSHAN　GRUNDMAN　FROME　ROSENZWEIG　&　WOLOSKY　LLP

PARK AVENUE TOWER
65 EAST 55TH STREET
NEW YORK, NEW YORK 10022
TELEPHONE: 212.451.2300
FACSIMILE: 212.451.2222

WWW.OLSHANLAW.COM

DIRECT DIAL: 212-451-2238
EMAIL: JUDELL@OLSHANLAW.COM

October 27, 2008

Via Facsimile

Hon. Cathy Seibel
United States District Judge
United States District Court
 for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601

　　　　　　Re:　Craig Holcomb v. Iona College, 05 Civ. 848 (CS) (GAY)

Dear Judge Seibel:

　　As Your Honor will recall, a stipulation of settlement was signed in the above-noted case on October 7, 2008, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), dismissing plaintiff's claims with prejudice, but giving the parties leave to reopen this matter within 20 days thereafter to enforce the terms of the parties' settlement. To date, the terms of the settlement have not been consummated. Accordingly, the parties respectfully request an extension, until November 17, 2008, of the time within which they can seek leave to reopen this matter. Attached is a stipulation signed by the parties to that effect.

Very truly yours,

Jeffrey A. Udell

Attachment

593633-1

NEW JERSEY OFFICE
744 BROAD STREET, 16TH FLOOR
NEWARK, NJ 07102
TELEPHONE: 973.331.7200
FACSIMILE: 973.331.7222